**E-FILED**
Tuesday, 11 October, 2011 02:11:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 11-3058 |
| | ) | |
| MELISSA A. BIRDWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION CONFIRMING SALE

SUE E. MYERSCOUGH, U.S. District Judge:

    The U.S. Marshal has been appointed by this Court to sell property at issue in this case. The U.S. Marshal reports that the property has been sold in accordance with terms previously set forth by this Court. This Court, having reviewed the relevant materials, finds as follows:

    1.    A notice required in accordance with 735 ILCS 15-1507(c)(2)(B) and 28 U.S.C. § 2002 was given;

    2.    The terms of sale were fair and not unconscionable;

    3.    The sale was conducted fairly and without fraud;

    4.    Justice was done by the sale;

5. The subject property is abandoned, as set forth in the Affidavit of Abandonment (d/e 15);

6. All redemption and reinstatement periods have expired without redemption or reinstatement having been made; and

7. This Court obtained personal jurisdiction over Defendant.

IT IS THEREFORE ORDERED:

A. The U.S. Marshal's report of the sale is approved, and the sale is confirmed;

B. The United States has not waived its right to subsequently administratively collect or reduce to judgment in a separate cause of action against the defendant(s) signing the promissory note secured by the mortgage foreclosed herein the resulting deficiency set forth above, even though no such deficiency judgment is sought in this foreclosure proceeding.

C. The U.S. Marshal is directed to issue a deed to the holder of the certificate of purchase, sufficient to convey title pursuant to 735 ILCS 15-1509(a).

D. The purchaser of the foreclosed property is hereby given possession effective immediately upon entry of this Opinion in compliance with 735 ILCS 5/15-1701(c)(1).

E. There is no just reason to delay enforcement of or appeal from this Opinion.

ENTERED: October 7, 2011.

FOR THE COURT:  s/ Sue E. Myerscough
                SUE E. MYERSCOUGH
                UNITED STATES DISTRICT JUDGE